# Commonwealth *v.* Leyshon et al., Appellant (No. 2).

OPINION BY HEAD, J., November 21, 1910:

The questions raised by this appeal grow out of the same transaction and are identical with those considered in the companion appeal of the same parties in which an opinion has this day been filed, ante, p. 507. For the reasons there given all of the assignments of error are overruled.

The judgment is affirmed and the record is remitted to the court below to the end that the sentence may be carried into effect. The costs of this appeal to be paid by the appellees.